UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DEMOS P. DEMOPOULOS *and* RALPH BLASI,
*as Union Trustees and Fiduciaries of the Local 854
Pension Fund*,

                        Plaintiffs,             **ORDER**

        -against-                         **24-cv-145 (GHW) (JW)**

KENNETH BARRETT, WILLIAM CASSESE,
*and* JOHN A. CURCIO, *as Employer Trustees
and Fiduciaries of the Local 854 Pension Fund*,

                        Defendants.
------------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This matter has been referred to this Court for general pretrial supervision, as well as for Reports and Recommendations on dispositive motions. Dkt. No. 6. The Court is in receipt of Defendants' motion to dismiss at Dkt. No. 7. The Court sets the following briefing schedule:

- Any opposition is due by **March 1, 2024**.

- Any reply is due by **March 15, 2024**.

      The Court will hold oral argument on the motion to dismiss on **April 10, 2024 at 11:00am** in Courtroom 228, 40 Foley Square, New York, New York.

      SO ORDERED.

DATED:    New York, New York
               January 31, 2024

                                                        */s/ Jennifer E. Willis*
                                                        JENNIFER E. WILLIS
                                                        United States Magistrate Judge