UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
DEMOS P. DEMOPOULOS and RALPH BLASI,　*
as Union Trustees and Fiduciaries　　　　　　*
of the LOCAL 854 PENSION FUND,　　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　Plaintiffs,　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　　　　　- against -　　　　　　　　*　　　　　1:24-cv-00145 (JW)
　　　　　　　　　　　　　　　　　　　*
KENNETH BARRETT, WILLIAM CASSESE,　　*
and JOHN A. CURCIO, as Employer Trustees　*
and Fiduciaries of the LOCAL 854 PENSION　*
FUND,　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　　*
　　　　　　　　　　　　Defendants.　　　*
----------------------------------------------------------------X

## CONSENT JUDGMENT

Plaintiffs, the Union Trustees and Fiduciaries (the "Plaintiffs") of the Local 854

Pension Fund (the "Fund"), and the Defendants, the Employer Trustees and Fiduciaries of the

Fund (the "Defendants"), hereby agree, by their respective counsels, to the terms of this Consent

Judgment.

NOW THEREFORE, upon the pleadings and proceedings herein, and the mutual

agreement of the parties to a settlement of the controversy,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

Defendants shall submit to the arbitration of the question: Whether the Local 854

Pension Fund should continue refusing to accept any Cousins Metals Industries, Inc.

contributions for all periods after Local 553, I.B.T.'s June 28, 2022 disclaimer (which is the only

question that this judgment requires to be submitted to arbitration); and

Defendants shall authorize the Fund Administrator to pay the American

Arbitration Association's initial $3,500.00 filing fee and shall comply with the terms of the Trust

Agreement for the payment of all subsequent costs of the arbitration in accordance with the

terms therein; and

That the Court shall retain jurisdiction over this action in the event that there is

any dispute between the parties over the implementation of the terms of this Judgment

IN WITNESS WHEREOF, the parties, by their respective counsels, hereto

knowingly and voluntarily executed this Consent Judgment as of the date(s) set forth below:

*For the Plaintiffs:*                                      *For the Defendants:*

Daniel Treiman, Esq.                                    Lauren Bonaguro, Esq.
FRIEDMAN & ANSPACH                         FUIMAN MOGILA, LLP
1500 Broadway, Suite 2300                       5 Penn Plaza, 23rd Floor
New York, New York 10036                      New York, New York 10001
Tel.: (212) 354-4500                                    (917) 399-8077
dtreiman@friedmananspach.com            lbonaguro@fuimanmogila.com

SO ORDERED,

Dated:  September 25, 2024

        New York, New York

Hon. Jennifer E. Willis
U.S. Magistrate Judge

2